**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6135**

JOSEPH HUGO GIBBS,

Plaintiff - Appellant,

versus

STATE OF SOUTH CAROLINA; GARY MAYNARD,
Director of SCDC; WILLIAM D. CATOE, former
Director of SCDC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Matthew J. Perry, Jr., Senior District
Judge.  (CA-01-3646-3-10BC)

Submitted:  July 25, 2002          Decided:  July 31, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Hugo Gibbs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Hugo Gibbs appeals the district court's orders dismissing his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint and denying his motions for reconsideration and to amend the judgment order. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gibbs v. South Carolina, No. CA-01-3646-3-10BC (D.S.C. Oct. 23, 2001; filed Nov. 30, 2001 & entered Dec. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2